**Napoleon Byrd, Jay Goran, Trustee Under Trust No. 2525, Plaintiffs-Appellees, v. Earl Johnson, Defendant-Appellant.**

**Gen. No. 51,520.**

First District, First Division.

May 22, 1967.

 George F. Barrett, of Chicago (John E. Foreman, of counsel), for appellant; Jay Goran, of Chicago, for appellees. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.